IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONNA and DWAYNE HILL,** | : | |
| **Plaintiffs** | : | |
| | : | No. 1:21-cv-01424 |
| v. | : | |
| | : | (Judge Rambo) |
| **SUPT. HARRY, et al.,** | : | |
| **Defendants** | : | |

AND NOW, on this 4th day of May 2022, upon consideration of the above-captioned action and the pending motions that have been filed by Plaintiff Dwayne Hill ("Mr. Hill"), **IT IS ORDERED THAT**:

1. Mr. Hill's motion to supplement the complaint (Doc. No. 33) is **DENIED**; and

2. Mr. Hill's motion to compel discovery (Doc. No. 36) is **DENIED**.

                                              s/ Sylvia H. Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge