IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONNA and DWAYNE HILL,** | : | |
| Plaintiffs | : | |
| | : | No. 1:21-cv-01424 |
| v. | : | |
| | : | (Judge Rambo) |
| **SUPT. HARRY, et al.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 11th day of April 2023, upon consideration of pro se Plaintiff Dwayne Hill ("Mr. Hill")'s motion (Doc. No. 47) to vacate the Court's May 4, 2022 Memorandum and Order (Doc. Nos. 43, 44), which the Court has treated as a motion seeking reconsideration under Rule 59(e) of the Federal Rules of Civil Procedure, and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** Mr. Hill's motion (Doc. No. 47) is **DENIED**.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge