IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONNA and DWAYNE HILL,** | : | |
| **Plaintiffs** | : | |
| | : | No. 1:21-cv-01424 |
| v. | : | |
| | : | (Judge Rambo) |
| **SUPT. HARRY, et al.,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 29th day of September 2023, upon consideration of the parties' pending motions in the above-captioned action, and in accordance with the Memorandum that will follow, **IT IS ORDERED THAT**:

1. Plaintiff Dwayne Hill ("Plaintiff")'s motion to strike (Doc. No. 64) is **DENIED**;

2. Defendants Knaub and Harry's motion for summary judgment (Doc. No. 62) is **GRANTED in part** and **DENIED in part**;

3. Plaintiff's motion for partial summary judgment (Doc. No 50) is **DENIED**; and

4. The parties shall each file a status report within **thirty (30) days** of the date of the Memorandum that will follow this Order as to whether they are amenable to the above-captioned action being referred to the Court's Prisoner Litigation Settlement Program.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge