**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DWAYNE HILL, | : | Civil No. 1:21-cv-01424 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT HARRY, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW,** on this 3rd day of August 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion to vacate the court's November 19, 2025 order, Doc. 177, is **DENIED**.

2. The court hereby **AMENDS** the court's November 19, 2025 order, Doc. 176, to reflect that the full costs taxed and affirmed by the court shall be $412.15. The amount withheld from Plaintiff's inmate account pursuant to 28 U.S.C. § 1915(f) shall not exceed $412.15.

3. The Clerk of Court is directed to **FORWARD** a copy of this order to the Superintendent/Warden of the institution wherein Plaintiff is presently confirmed.

4. The Superintendent/Warden is directed to forward to the court a copy of Plaintiff's inmate account statement reflecting transactions from October 1, 2025 to the present by **August 31, 2026**. In the event that Plaintiff has overpaid the costs due to the $20.00 error in the court's previous orders, the court will issue an additional order refunding Plaintiff the overpayment.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania